# EXHIBIT B

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

AGENCY: [X] FEPA [ ] EEOC

CHARGE NUMBER: #06ERA257-50/07

R I Commission For Human Rights and EEOC
*State or local Agency, if any*

RECEIVED
MAR 31 2006
RICHR

| | |
|---|---|
| NAME *(Indicate Mr., Ms., Mrs.)* Mr. John Monk | HOME TELEPHONE *(Include Area Code)* (401) [redacted] |
| STREET ADDRESS / CITY, STATE AND ZIP CODE: [redacted], Seekonk, MA 02771 | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| | | |
|---|---|---|
| NAME: US Airways, Inc. | NUMBER OF EMPLOYEES, MEMBERS: Cat D (501 +) | TELEPHONE *(Include Area Code)*: (401) 736-3520 |
| STREET ADDRESS / CITY, STATE AND ZIP CODE: 2000 Post Road, Warwick, RI 02886 | | COUNTY: 003 |
| NAME: Diane Ombreellaro | | TELEPHONE NUMBER *(Include Area Code)*: (401) [redacted] |
| STREET ADDRESS / CITY, STATE AND ZIP CODE: [redacted] Warwick, R I 02886 | | COUNTY |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

[X] RACE [X] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[ ] RETALIATION [ ] AGE [ ] DISABILITY [X] OTHER *(Specify)* Fepa Statue-Other

DATE DISCRIMINATION TOOK PLACE
*EARLIEST* 04/01/2005 *LATEST* 04/01/2005
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*:

1. I was subjected to discriminatory terms and conditions of employment by my employer, US Airways, Inc. and Diane Ombreellaro. I am currently employed as a Baggage Handler. I was denied the opportunity to bid on a maintenance contract in or around April 1, 2005.

2. Respondent's stated reason for denying me an opportuntity to bid on a contract was conflict of interest.

3. I believe I have been discriminated against on the basis of my race and color (black) in that I was treated less favorably than my similarly situated white co-workers. In or around February 2005, I approached respondent manager, Diane Ombreellaro and expressed my interest in bidding for a cleaning contract with the company. Ms. Ombrellaro informed me that I could not bid because it would constitute a conflict of interest. She stated that current respondent employees could not bid on contracts. Upon information and belief several of my similarly situated co-workers have been awarded contracts. These individuals are all white employees. Additionally, Ms. Ombrellaro attempted to steer the contract to "Larry", a white co-worker. In or around April 2005, I became aware that said cleaning contract had been awarded to an outside source, who was also white. I believe I was denied the opportunity to bid on the contract based solely on my race and color. These actions are in violation of applicable state law.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT
X [signature]

X [signature] 3/31/06
Date Charging Party *(Signature)*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Month, day and year)*
3/31/06
My Commission Expiring on 11/24/09

Before the
STATE OF RHODE ISLAND
COMMISSION FOR HUMAN RIGHTS

RICHR NO. 06 ERA 257-50/07 EEOC NO. N/A

In the matter of

John Monk
Complainant

Against

**NOTICE OF RIGHT TO SUE**

US Airways, Inc. and Diane Ombreellaro
Respondents

This NOTICE OF RIGHT TO SUE is issued to the above cited complainant pursuant to Section 28-5-24.1(a) of the General Laws of Rhode Island because more than one hundred and twenty (120) days and less than two (2) years have elapsed since the charge was filed, the Commission is unable to secure a settlement or conciliation agreement, the Commission has not commenced hearings on a complaint and the complainant has requested a Right To Sue. With the issuance of the NOTICE OF RIGHT TO SUE, the Commission is terminating any further processing of this charge.

An information copy of this NOTICE OF RIGHT TO SUE has been sent to the persons indicated on the next page.

This NOTICE OF RIGHT TO SUE is issued at your request. If you intend to sue, YOU MUST DO SO WITHIN NINETY(90) DAYS FROM THE DATE OF THIS NOTICE: OTHERWISE YOUR RIGHT TO SUE IS LOST.

On Behalf of the Commission

1/31/07 [signature]

Date

Michael D. Évora
Executive Director

*****************************************************************************

NOTICE OF RIGHT TO SUE
PAGE TWO

Section 28-5-24.1 of the General Laws of Rhode Island

(a) A complainant may ask for a right to sue in state court if not less than one hundred and twenty (120) days and not more than two (2) years have elapsed from the date of filing of a charge, if the Commission has been unable to secure a settlement agreement or conciliation agreement and if the Commission has not commenced hearing on a complaint. The Commission shall grant the right to sue within thirty (30) days after receipt of such request. This shall terminate all proceedings by the Commission and shall give to the complainant the right to commence suit in the superior court within any county as provided in Section 28-5-24 within ninety (90) days after the granting of such request. Any party may claim a trial by jury.

CC: Chief Executive Officer
Mia Belk, Esq.
Dianne Ombreellaro