# EXHIBIT D

STATE OF RHODE ISLAND and PROVIDENCE PLANTATIONS
SUPERIOR COURT

KENT COUNTY CIVIL ACTION NO. 07 - 0951

JOHN MONK,
Plaintiff,
v.

U. S. AIRWAYS, INC.,
Defendant.

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Civil Clerk's Office
Kent County Superior Court
Leighton Judicial Complex
222 Quaker Lane
Warwick, RI 02886

PLEASE TAKE NOTICE that a Notice of Removal in the above action from the Kent County Superior Court has been duly filed in the U.S. District Court for the District of Rhode Island. Attached hereto as Exhibit A is a certified copy of that Notice of Removal.

Defendant,
U. S. Airways, Inc.,
By its attorneys,

______________________________

Christopher J. Campbell (R.I. Bar No. 6611)
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: ____________, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this ______ day of ________________, 2007, I caused a copy of the foregoing document to be served by first class U. S. mail, postage pre-paid on Plaintiff's attorney, Casby Harrison, III, Esquire, Harrison Law Associates, 807 Broad Street, Suite 100, Providence, RI 02907.