UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN MONK

vs. CA 07-354ML

US AIRWAYS, et al

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Chief U.S. District Judge
September 28, 2007

Entered as an Order of this Court on September 28, 2007.

Deputy Clerk