UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND:

| | | |
|---|---|---|
| JOHN MONK,<br>Plaintiff, | : | |
| v. | : | C. A. No. 1:07-cv-00354-WES |
| US AIRWAYS, INC., and<br>DIANA OMBRELLARO<br>Defendants. | : | |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT US AIRWAYS INC.**

Defendant US Airways, Inc. provides the following disclosures pursuant to Local Rule 7.3: The parent corporation of US Airways, Inc. is US Airways Group, Inc. No publicly held corporation owns 10% or more of U S Airways Group, Inc.'s stock.

Defendant,

US Airways, Inc.,
By its attorneys,

/s/ Christopher J. Campbell

Christopher J. Campbell (R.I. Bar No. 6611)
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: October 10, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of October, 2007, I caused a copy of the foregoing document to be served by first class U. S. mail, postage pre-paid on Plaintiff's attorney, Casby Harrison, III, Esquire, Harrison Law Associates, 807 Broad Street, Suite 100, Providence, RI 02907.

/s/ Christopher J. Campbell
JACKSON LEWIS LLP