UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND:

| | |
|---|---|
| JOHN MONK,<br>Plaintiff,<br>v.<br><br>U. S. AIRWAYS, INC., and<br>DIANA OMBRELLARO<br>Defendants. | C. A. No. 1:07-cv-00354-ML-DLM |

**STIPULATION OF DISMISSAL**
**OF DEFENDANT DIANA OMBRELLARO**

Pursuant to Fed. R. Civ. P. 41(a), the parties in the above-captioned matter hereby stipulate and agree that Defendant Diana Ombrellaro be dismissed as party to aforesaid action.

Respectfully submitted,

Plaintiff,
John Monk,
By his attorney,

Casby Harrison, III, Bar No. 3054
Harrison Law Associates
807 Broad Street, Suite 100
Providence, RI 02907
(401) 467-2000

DATE: 10/19/07

Defendant,
US Airways, Inc.,
By its attorneys,

Christopher J. Campbell (R.I. Bar No. 6611)
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Granted
WSM
10/19/07