STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

Case ID: KC-2007-0951 JOHN MONK V US AIRWAYS INC

Filing Date: 05-01-2007
Case Status: UNASSIGNED

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 05-01-2007

Plaintiff: JOHN MONK
ID: @10902946

Attorney: CASBY HARRISON

Defendant: US AIRWAYS INC
ID: @10902947

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-01-2007 | COMPLAINT FILED | |
| 05-01-2007 | COMPLAINT FILED | |
| 08-27-2007 | MOTION FOR CHANGE OF VENUE | HURST , J GRANTED - OEN |
| 08-27-2007 | AMENDED COMPLAINT FILED | |
| 08-27-2007 | ORDER ENT'D FOR CHANGE OF VEN | GRANTEDVOGEL,J |
| 08-27-2007 | CASE TRANSFERRED KENT CTY | |
| 09-04-2007 | CASE REC'D FROM PROVIDENCE CTY | |
| 09-10-2007 | SUMMONS,PROOF OF SERVICE FILED | TO DIANE OMBELLARO |
| 09-20-2007 | NOTICE OF REMOVAL | TO U.S. DISTRICT COURT – ANY PARTY INTERESTED IN FILE OR COPIES OF FILE MUST COME IN AND MAKE THEM |

TRUE COPY ATTEST

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT