UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN MONK,<br>Plaintiff,<br>v.<br><br>US AIRWAYS, INC.,<br>Defendant. | C. A. No. 1:07-cv-00354-WES |

**DEFENDANT'S MOTION FOR DISMISSAL**
**FOR FAILURE OF PLAINTIFF TO PROVIDE DISCOVERY RESPONSES**

Defendant U. S. Airways, Inc. ("Defendant"), hereby moves, pursuant to Federal R. Civ. P. 37(d), for an order dismissing Plaintiff, John Monk's ("Plaintiff's") Complaint due to Plaintiff's failure to respond to Defendant's document requests and interrogatories, which are now overdue. Defendant has communicated with Plaintiff's counsel regarding the discovery, and Plaintiff's counsel had indicated that Plaintiff has failed to respond to his own counsel's repeated attempts to contact Plaintiff.

In support of this motion, Defendant submits the Affidavit of Christopher J. Campbell.

Defendant,
US Airways, Inc.,
By its attorneys,

/s/ Christopher J. Campbell

Christopher J. Campbell (R.I. Bar No. 6611)
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: February 21, 2008

**CERTIFICATE OF SERVICE**

This is to certify that on February 21, 2008, a copy of the above document was electronically filed with the United States District Court for the District of Rhode Island through its Electronic Case Filing System and a copy was sent by first class U.S. mail, postage pre-paid, to Plaintiff's counsel, Casby Harrison, III, Esquire, Harrison Law Associates, 807 Broad Street, Suite 100, Providence, RI 02907

/s/ Christopher J. Campbell

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MONK,<br>Plaintiff,<br>v.<br><br>US AIRWAYS, INC.,<br>Defendant. | : | C. A. No. 1:07-cv-00354-WES |

**AFFIDAVIT OF CHRISTOPHER J. CAMPBELL IN SUPPORT OF DEFENDANT'S MOTION FOR DISMISSAL FOR FAILURE OF PLAINTIFF TO PROVIDE DISCOVERY RESPONSES**

I, Christopher J. Campbell, on oath, do depose and state as follows:

1. I am a member of the firm of Jackson Lewis LLP, with offices at 75 Park Plaza, Boston, Massachusetts, 02116. I, along with my firm, represent Defendant, U. S. Airways ("Defendant"), in the above-captioned matter.

2. On or about November 15, 2007, I served Plaintiff with Defendant, US Airways, Inc.'s First Set of Interrogatories Propounded to Plaintiff; Defendant, US Airways, Inc.'s First Request For Production of Documents to Plaintiff; and Notice of Deposition to Plaintiff. Plaintiff's deposition was scheduled for December 21, 2007. (See Exhibit 1, correspondence to Plaintiff counsel dated November 15, 2007)

2. On or about November 19, 2007, Plaintiff counsel contacted me by e-mail, requesting an extension for Plaintiff's responses to discovery requests up to January 15, 2008 and an extension for Plaintiff's deposition to January 22, 2008. By e-mail response dated November 30, 2007, Defendant granted these extensions to Plaintiff. (See Exhibit 2 for both e-mails)

3. Plaintiff did not provide the discovery responses and did not make himself available for a rescheduled deposition on January 22, 2008.

4. On February 5, 2008, I sent Plaintiff's counsel a letter requesting an update as to the status of Plaintiff's discovery responses. (See Exhibit 3, correspondence to Plaintiff counsel dated February 5, 2008)

5. In response, Plaintiff's counsel has indicated that, despite repeated attempts, he has been unable to contact Plaintiff, and Plaintiff has failed to respond to Plaintiff's counsel's letters and telephone messages.

Signed under the pains and penalties of perjury this 21st day of February 2008.

/s/ Christopher J. Campbell
Christopher J. Campbell

**CERTIFICATE OF SERVICE**

This is to certify that on February 21, 2008, a copy of the above document was electronically filed with the United States District Court for the District of Rhode Island through its Electronic Case Filing System and a copy was sent by first class U.S. mail, postage pre-paid, to Plaintiff's counsel, Casby Harrison, III, Esquire, Harrison Law Associates, 807 Broad Street, Suite 100, Providence, RI 02907.

/s/ Christopher J. Campbell

# EXHIBIT 1

jackson | lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
75 Park Plaza
Boston, Massachusetts 02116
Tel 617 367-0025
Fax 617 367-2155
www.jacksonlewis.com

ATLANTA, GA
BOSTON, MA
CHICAGO, IL
CLEVELAND, OH
DALLAS, TX
DENVER, CO
GREENVILLE, SC
HARTFORD, CT
HOUSTON, TX
LONG ISLAND, NY
LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORANGE COUNTY, CA
ORLANDO, FL
PITTSBURGH, PA
PORTLAND, OR
PROVIDENCE, RI
RALEIGH-DURHAM, NC
RICHMOND, VA
SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

November 15, 2007

Casby Harrison, III, Esquire
Harrison Law Associates
807 Broad Street, Suite 100
Providence, RI 02907

Re: John Monk v. U. S. Airways, Inc. et al
USDC / District of Rhode Island C. A. No. 1:07-cv-00354-ML-DLM

Dear Mr. Harrison:

In the above-referenced matter, enclosed please find:

1. Defendant, US Airways, Inc.'s First Set of Interrogatories Propounded to Plaintiff;

2. Defendant, US Airways, Inc.'s First Request For Production of Documents to Plaintiff; and

3. Notice of Deposition to Plaintiff.

I have scheduled the Plaintiff's deposition to take place at our offices at Jackson Lewis LLP, 127 Dorrance Street, Providence, RI 02903at 10:00 a.m. on Friday, December 21, 2007, if that date is convenient for you and your client.

Thank you for your attention to these matters.

Very truly yours,

JACKSON LEWIS LLP

Christopher J. Campbell

CJC:jhg
Enclosures
cc: Andrew C. Pickett

# EXHIBIT 2

**Garcelon, James (BOS)**

**From:** Campbell, Christopher (BOS)
**Sent:** Friday, November 30, 2007 2:35 PM
**To:** Casby Harrison
**Subject:** Monk v. US Airways RE: PreTrial Conference Statement

I am glad to provide this courtesy to you. I look forward to seeing you on December 5 at 2 p.m. at the mediation before Magistrate Lovegreen.

---

**From:** Casby Harrison [mailto:casby@casbyharrison.com]
**Sent:** Monday, November 19, 2007 11:44 AM
**To:** Campbell, Christopher (BOS)
**Subject:** Re: P's Rule 16 PreTrial Conference Statement 04-09-07.pdf - Adobe Reader

Hi Chris: Due to the Thanksgiving and Christmas holidays as well as my South Caroling vacation from Nov 26th thru December 5th. I am hoping you will be amenable to stipulating that Plaintiff will answer your discovery by January 15th and be deposed on January 22nd.

CASBY

# EXHIBIT 3

jackson | lewis
Attorneys at Law

Representing Management Exc... ...ly in Workplace Law and Related Litigation

Jackson Lewis LLP
75 Park Plaza
Boston, Massachusetts 02116
Tel 617 367-0025
Fax 617 367-2155
www.jacksonlewis.com

ATLANTA, GA
BIRMINGHAM, AL
BOSTON, MA
CHICAGO, IL
CLEVELAND, OH
DALLAS, TX
DENVER, CO
GREENVILLE, SC
HARTFORD, CT
HOUSTON, TX
LONG ISLAND, NY
LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORANGE COUNTY, CA
ORLANDO, FL
PITTSBURGH, PA
PORTLAND, OR
PROVIDENCE, RI
RALEIGH-DURHAM, NC
RICHMOND, VA
SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

February 5, 2008

Casby Harrison, III, Esquire
Harrison Law Associates
807 Broad Street, Suite 100
Providence, RI 02907

Re: John Monk v. U. S. Airways, Inc. et al
USDC / District of Rhode Island C. A. No. 1:07-cv-00354-ML-DLM

Dear Casby:

I am writing to inquire as to the status of the discovery requests which were served on Plaintiff on November 15, 2007. As you know, Plaintiff originally requested and Defendant agreed to an extension for responding to these requests up to and including January 15, 2008. Please contact me as soon as possible to let me know when I may expect to receive Plaintiff's discovery responses. Thank you.

Very truly yours,

JACKSON LEWIS LLP

Christopher J. Campbell

CJC:jhg