**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**John Monk**
**Plaintiff**

**V.** **Case Number: C.A. 07-354S**

**US Airways, Inc.**
**Defendant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, US Airways, Inc. against the Plaintiff, John Monk pursuant to the Court's Text Order dated March 11, 2008 granting Defendant's Motion to Dismiss.**

**BY ORDER:**

Joreen Baldinelli

**March 11, 2008**
**Date**

**Deputy Clerk**